IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ANGELA D'ANNA,<br><br>Plaintiff,<br><br>v.<br><br>LEE MEMORIAL HEALTH SYSTEMS et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING ADDITIONAL REQUEST TO STAY<br><br>Case No. 2:20-mc-196 HCN<br><br>District Judge Howard C. Nielson<br><br>Magistrate Judge Dustin B. Pead |

This case is referred to the undersigned from Judge Howard Nielson in accordance with 28 U.S.C. § 636(b)(1)(B). (ECF No. 4.) On April 29, 2020, the court entered a memorandum decision and order granting the request to stay this case. (ECF No. 7.) On October 26, 2020, a status report was filed by Relator Angela D'Anna, in accordance with the court's prior order. In this status report Relator requests that the court "continue the stay in the above-captioned action for an additional sixty (60) days pending a ruling on its objection" filed in a related matter in the Middle District of Florida. (ECF No. 8 p. 2.) In accordance with the court's prior order, and upon considering the status report, the court extends the stay in this matter for an additional sixty (60) days from the date of this order. The parties are to provide an additional status report within sixty days.

IT IS SO ORDERED.

DATED this 20 November 2020.

_____
Dustin B. Pead
United States Magistrate Judge

1